AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:25-MJ-324-BK |
| Robert Wilson King | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Robert Wilson King,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §   Interstate Communications
875(c)

Date: 04/03/2025 5:51 pm

*Issuing officer's signature*

City and state:  Dallas, Texas       RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/3/25, and the person was arrested on *(date)* 4/4/25
at *(city and state)* DALLAS, TX

Date: 4/7/25

*Arresting officer's signature*

Michael Green USMS
*Printed name and title*

1788039                                                                                      FBI